**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
Kurt R. Bonds, Esq.
Nevada Bar #006228
kbonds@alversontaylor.com
Trevor R. Waite, Esq.
Nevada Bar #13779
twaite@alversontaylor.com
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
(702) 385-7000
efile@alversontaylor.com

Attorneys for Defendant
*AARGON AGENCY, INC., d/b/a*
*AARGON COLLECTION AGENCY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCELVEEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>         Plaintiff,<br><br>    v.<br><br>AARGON AGENCY, INC., D/B/A AARGON COLLECTION AGENCY<br><br>         Defendants | CASE NO. 2:20-cv-01226-JAD-NJK<br><br>**Order Converting Dismissal into one With Prejudice**<br><br>ECF No. 14 |

IT IS HEREBY STIPULATED by and between Plaintiff LISA MCELVEEN, ("Plaintiff") and Defendant AARGON AGENCY, INC., d/b/a AARGON COLLECTION AGENCY ("Defendant"), through their respective counsel of record, that this Stipulation to Dismiss be granted, and that the individual action of Plaintiff LISA MCELVEEN, be dismissed with

{00142340;1}                                                1

prejudice, and that the putative class claims asserted in the lawsuit be dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party shall bear its own costs and expenses.

IT IS SO STIPULATED.

Dated:  February 18, 2021

LAW OFFICES OF ROBERT M. TZALL

 /s/ Robert M. Tzall
Robert M. Tzall
Attorney for Plaintiff
*LISA MCELVEEN,*

ALVERSON TAYLOR & SANDERS

/s/ Trevor R. Waite
Dated:  February 18, 2021
Trevor R. Waite, Esq.
Nevada Bar #13779
twaite@alversontaylor.com
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
(702) 385-7000
efile@alversontaylor.com

Attorneys for Defendant
AARGON AGENCY, INC., d/b/a
AARGON COLLECTION AGENCY.

## ORDER

   The Court dismissed this action on 2/10/21 without prejudice and for want of prosecution. ECF No. 12.  By granting this stipulation [ECF No. 14], the Court converts that without-prejudice dismissal to one with prejudice.  IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2021